BENJAMIN P. CLOWARD, ESQ.
Nevada Bar No. 11087
**RICHARD HARRIS LAW FIRM**
801 South Fourth Street
Las Vegas, Nevada 89101
Phone: (702) 444-4444
Fax: (702) 444-4455
E-Mail: Benjamin@RichardHarrisLaw.com
*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| JOSEPH CZEKALA and JORIE CZEKALA,<br><br>Plaintiffs<br><br>vs.<br><br>LM GENERAL INSURANCE COMPANY; DOES 1 through 20, inclusive; and ROE CORPORATIONS 1 through 20, inclusive.<br><br>Defendants. | Case No. 2:15-cv-00239-JCM-NJK |

### STIPULATION AND ORDER TO ALLOW PLAINTIFFS TO FILE FIRST AMENDED COMPLAINT

IT IS HEREBY STIPULATED by and between Plaintiffs, JOSEPH CZEKALA and JORIE CZEKALA (hereinafter "CZEKALA"), by and through their attorneys of record, BENJAMIN P. CLOWARD, ESQ. of RICHARD HARRIS LAW FIRM, and Defendant, LM GENERAL INSURANCE COMPANY (hereinafter "Liberty Mutual"), by and through its attorneys of record, the law firm of KOELLER, NEBEKR, CARLSON & HALUCK, LLP, that parties in this matter stipulate to allow the Plaintiff to file a First Amended Complaint.

- 1 -

*Czekala v. LM General Insurance Co.*
United States District Court Case No.: *2:15−cv−00239−JCM−NJK*
*Stipulation and Order to Allow Plaintiffs' to File First Amended Complaint*

Upon service of the First Amended Complaint, Liberty Mutual is entitled to respond in any manner and within the prescribed deadlines set forth by the Federal Rules of Civil Procedure. In entering this stipulation, Liberty Mutual does not endorse or acquiesce in any way the properness of any amended pleading by Plaintiffs and reserves, any and all other rights, including but not limited to, rights pursuant to FRCP 8 or 12, including the right to assert any and all claims or affirmative defenses, and no substantive rights, claims, or defenses should be considered waived on account of either party's entering into this stipulation.

DATED this 25 day of March, 2015

**RICHARD HARRIS LAW FIRM**

/s/ Benajmin P. Cloward
_____
BENJAMIN P. CLOWARD, ESQ.
Nevada Bar No. 11087
801 South Fourth Street
Las Vegas, Nevada 89101
*Attorney for Plaintiffs*

DATED this 25 day of March, 2015

**KOELLER, NEBEKR, CARLSON & HALUCK, LLP**

/S/ Joshua D. Carlson
_____
MEGAN DORSEY, ESQ.
Nevada Bar No. 11087
JOSHUA CARLSON, ESQ.
Nevada Bar No. 11781
300 S. Fourth Street, Suite 500
Las Vegas, Nevada 89101
*Attorneys for Defendant*

**ORDER**

It is so ORDERED.

DATED March 31, 2015.

_____
UNITED STATES DISTRICT JUDGE