UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JOSEPH CZEKALA and JORIE CZEKALA, | Case No. 2:15-CV-239 JCM (NJK) |
| Plaintiff(s), | ORDER |
| v. | |
| LM GENERAL INSURANCE COMPANY, | |
| Defendant(s). | |

Presently before the court is defendant Liberty Mutual Insurance Company's (hereinafter "defendant") motion to dismiss.  (Doc. # 5).  Plaintiffs Jorie and Joseph Czekala (hereinafter "plaintiffs") did not file a response, and the deadline to respond has now passed.

On March 26, 2015, the parties filed a stipulation permitting plaintiffs to file a first amended complaint.  (Doc. # 11).  On March 31, 2015, this court entered an order granting the stipulation.  (Doc. # 13).  Accordingly, the motion to dismiss will be denied as moot.

Based on the foregoing,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that defendant's motion to dismiss, (doc. # 5), be, and the same hereby is, DENIED as moot.

DATED April 1, 2015.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**