UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOSEPH CZEKALA, et al., | ) |
| Plaintiff(s), | ) Case No. 2:15-cv-00239-JCM-NJK |
| vs. | ) ORDER |
| LIBERTY MUTUAL INSURANCE COMPANY, | ) |
| Defendant(s). | ) |

This matter is before the Court on the parties' Proposed Discovery Plan and Scheduling Order. Docket No. 16. The proposed discovery plan misstates Local Rule 26-4, in that it provides that requests to extend deadlines in the scheduling order need only be filed 21 days before the discovery cut-off. *See* Docket No. 16 at 4. Local Rule 26-4 requires that any request to extend deadlines set forth in the scheduling order must be submitted at least 21 days <u>before the subject deadline</u>. For example, any request to extend the deadline for initial expert disclosures must be filed at least 21 days before the expiration of <u>that deadline</u>. Such a request filed only 21 days before the discovery cut-off would be untimely.

//

//

//

//

//

1 | In an effort to ensure future compliance and complete understanding of the Local Rules, the Court hereby **ORDERS** attorneys Megan Dorsey, Andrew Green, and Benjamin Cloward to file a certification with the Court no later than April 10, 2015, indicating that they have read and comprehend Local Rules 26-4 and 26-1. Counsel are advised that similar violations in the future may result in the imposition of sanctions.

IT IS SO ORDERED.

DATED: April 6, 2015

_____
NANCY J. KOPPE
United States Magistrate Judge